**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       *Patrick Olajide Akinwamide v. Transportation Insurance Company,*
                           *CNA Insurance Company, and Automatic Data Processing Inc.*

Appellate case number:     01-15-00066-CV

Trial court case number:   1997-48526

Trial court:               80th District Court of Harris County

Date motion filed:         August 26, 2016

Party filing motion:       Appellant

   It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/  Evelyn V. Keyes
                   ☐ Acting Individually ☒  Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland,
Massengale, Brown, Huddle, and Lloyd


Date: September 13, 2016